UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS POREE                                                CIVIL ACTION

VERSUS                                                      NO. 05-3701

JAMES D. MILLER                                             SECTION "J" (1)

### O R D E R

The Court, having considered the Petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Thomas Poree's petition pursuant to 42 U.S.C. § 2254 is hereby **DENIED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 16th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE